# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CASE NO. 19-CR-30022-SMY |
| ALEX MOLINA, | ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

The United States and the Defendant agree and stipulate as follows:

1. From an unknown date but at least on or about October 1, 2015, and continuing until on or about June 19, 2018, David Banuelos, Alex Molina, Greg Black, Derek Dougherty, and others not named in the Superseding Indictment agreed and conspired to distribute more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine and also agreed and conspired to distribute more than 500 grams of a mixture or substance containing a detectable amount of cocaine in Madison County, Illinois and elsewhere.

2. Madison County, Illinois is located within the Southern District of Illinois.

3. On or about February 6, 2018, in Madison County, Illinois, within the Southern District of Illinois, Alex Molina knowingly and intentionally possessed 1289.1 grams of crystal methamphetamine with the intent to distribute that substance. At the time of this possession with the intent to distribute, Molina knew that the methamphetamine was a controlled substance.

4. During the course of the conspiracy to distribute controlled substances, Alex Molina was supplied with kilogram quantities of cocaine from David Banuelos. Banuelos delivered to Molina at least 3 kilograms of cocaine during the course of this conspiracy. After receiving the cocaine during the course of this conspiracy, Molina would distribute some of the

1

cocaine to Black—often providing the cocaine to Black on consignment. After Black sold the cocaine to customers, he would provide a portion of the proceeds to Molina. Also during the course of this conspiracy, Black would often store the cocaine that Molina received from Banuelos in Black's residence.

5. Also during the course of the conspiracy, Alex Molina was supplied with pound quantities of crystal methamphetamine from David Banuelos. Banuelos would often provide methamphetamine to Molina on consignment. After receiving the methamphetamine during the course of this conspiracy, Molina would distribute some of the methamphetamine to Black. Molina received more than 10 pounds of methamphetamine from Banuelos during the course of this conspiracy. At the time of his arrest in this case, Molina owed Banuelos drug proceeds.

6. On January 25, 2018, Molina knowingly and intentionally distributed 111.4 grams of crystal methamphetamine to a confidential source. At the time of this distribution, Molina knew that the methamphetamine was a controlled substance.

7. On January 29, 2018, Molina knowingly and intentionally distributed 111.2 grams of crystal methamphetamine to a confidential source. At the time of this distribution, Molina knew that the methamphetamine was a controlled substance.

8. On February 1, 2018, Molina knowingly and intentionally distributed 110.9 grams of crystal methamphetamine to a confidential source. At the time of this distribution, Molina knew that the methamphetamine was a controlled substance.

10. Molina stipulates that the facts set forth above prove beyond a reasonable doubt the conduct charged in Counts 1, and 2 of the Superseding Indictment.

11. Molina stipulates that venue is proper in the Southern District of Illinois, as overt acts in furtherance of the conspiracy occurred within the district.

2

SO STIPULATED.

UNITED STATES OF AMERICA,

STEVEN WEINHOEFT
United States Attorney

_____
ALEX MOLINA
Defendant

_____
BILL STIEHL
Attorney for Defendant

Date: 2/3/20

_____
DEREK J. WISEMAN
Assistant United States Attorney

Date: 2/3/20

3