**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

☒ **Benton** (Video)   ☐ East St. Louis   ☐ Contested   ☒ **Uncontested**

# MINUTES OF DISPOSITION

JUDGE: **Staci M. Yandle, United States District Judge**

| | |
|---|---|
| USA v. Alex Molina | CRIMINAL CASE NO.: 19-cr-30022-SMY |
| REPORTER: Chris LaBuwi | DEPUTY: Stacie Hurst |
| GOVT. COUNSEL: Derek J. Wiseman | DEF. COUNSEL: William D. Stiehl, Jr. |
| PROBATION OFFICER: Stacey Grinnell | |
| DATE: May 14, 2020 | TIME: 45 minutes |

Pursuant to the Second Amended Administrative Order No. 261 (dated April 1, 2020) and Administrative Order No. 263 (dated March 31, 2020), this hearing was held via video conference. Defendant, counsel, Probation Officer and Judge Yandle appeared via video conference, with the court reporter also connected via video conference.

Court Orders the Presentence Investigation Report to be SEALED with Counsel having access to same in the event of an Appeal. The Recommendation is to be placed under separate seal and Counsel will not have access to same.

| | |
|---|---|
| OFFENSE LEVEL: 35 | CRIMINAL HISTORY CATEGORY: III |
| SENTENCE RANGE: 210 – 262 months | FINE RANGE: $40,000 - $20,000,000 |
| SUPERVISED RELEASE RANGE: 5years | |

**SENTENCE:** **To be imprisoned for a term of 135 months as to Counts 1 and 2 of the Superseding Indictment. All counts shall run concurrently.**

**SUPERVISED RELEASE:** **Upon release from imprisonment, Defendant shall be placed on Supervised Release for a term of 5 years as to Counts 1 and 2 of the Superseding Indictment. All counts shall run concurrently.**

Defendant orally waives reading of the terms and conditions of supervision.

Defendant shall pay a **FINE** in the amount of **$200** payable to the Clerk, United States District Court, due immediately.

Defendant shall pay a **SPECIAL ASSESSMENT** of **$200** payable to the Clerk, United States District Court, due immediately.

Defendant advised of right to appeal within 14 days.

Defendant remanded to the custody of USMS.